# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WISS, SHERYL L § Case No. 14-17714
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/09/2014. The undersigned trustee was appointed on 05/09/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $        12,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 1.42 |
   | Bank service fees | 125.79 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]          $        11,872.79

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  03/31/2015  and the deadline for filing governmental claims was  03/31/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,950.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,950.00 , for a total compensation of $ 1,950.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 10.67 , for total expenses of $ 10.67 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/15/2016                    By:/s/JOSEPH E. COHEN
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-17714 ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WISS, SHERYL L | Date Filed (f) or Converted (c): | 05/09/14 (f) |
| | | 341(a) Meeting Date: | 06/06/14 |
| For Period Ending: | 12/15/16 | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 1260 Noble Drive, Port Barrington IL 600 | 135,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 30.00 | 0.00 | | 0.00 | FA |
| Location: 1260 Noble Drive, Port Barrington IL 60010 | | | | | |
| 3. Financial Accounts | 4,500.00 | 0.00 | | 0.00 | FA |
| American Charter Bank Certificate of Deposit | | | | | |
| 4. Financial Accounts | 50.00 | 0.00 | | 0.00 | FA |
| American Charter Bank Checking account | | | | | |
| 5. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| Location: 1260 Noble Drive, Port Barrington IL 60010 | | | | | |
| 6. Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| Location: 1260 Noble Drive, Port Barrington IL 60010 | | | | | |
| 7. Furs and Jewelry | 800.00 | 0.00 | | 0.00 | FA |
| Wedding rings Location: 1260 Noble Drive, Port Barrington IL 60010 | | | | | |
| 8. Pension / Profit Sharing | 5,500.00 | 0.00 | | 0.00 | FA |
| American Chartered Bank IRA | | | | | |
| 9. Vehicles | 10,500.00 | 0.00 | | 12,000.00 | FA |
| 2003 Hummer H2, 110,000 miles, fair condition. Needs work. Location: 1260 Noble Drive, Port Barrington IL 60010 | | | | | |
| 10. Vehicles | 728.50 | 0.00 | | 0.00 | FA |
| 2003 VW Passat, 165,000 miles, fair condition. Location: 1260 Noble Drive, Port Barrington IL 60010 | | | | | |
| 11. Boats and Accessories | 750.00 | 0.00 | | 0.00 | FA |
| 17 foot, MasterCraft fishing boat, motor and trailer. Location: 1260 Noble Drive, Port Barrington IL 60010 | | | | | |
| 12. Animals | 0.00 | 0.00 | | 0.00 | FA |
| Housepet: 1 dog, no commercial value. | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No:       14-17714    ABG    Judge: A. BENJAMIN GOLDGAR  
Case Name:     WISS, SHERYL L

Trustee Name:                       JOSEPH E. COHEN  
Date Filed (f) or Converted (c):    05/09/14 (f)  
341(a) Meeting Date:                06/06/14  
Claims Bar Date:                    03/31/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

TOTALS (Excluding Unknown Values)     $158,958.50     $0.00     $12,000.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HA SOLD CAR BACK TO DEBTOR WHO IS MAKING INSTALLMENT PAYMENTS - 01/20/16. TRUSTEE HAS FILED MOTION TO SELL VEHICLE TO DEBTOR - Oct. 31, 2015. NO CHANGE - July 30, 2015. DEBTOR MAKING OFFER TO BUY BACK VEHICLE - April 30, 2015. INVESTIGATION CONTINUES - Jan. 18, 2015. TRUSTEE HAS REQUESTED RECORDS FROM DEBTOR AND POSSIBLE EQUITY IN VEHICLE - June 26, 2014. TRUSTEE TO FILE MOTION FOR TURNOVER OF CAR - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 05/30/16     Current Projected Date of Final Report (TFR): 05/30/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-17714 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WISS, SHERYL L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6348  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3225 | | |
| For Period Ending: | 12/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/15/15 | 9 | SHERYL WISS | Sale of Vehicle | 1129-000 | 2,000.00 | | 2,000.00 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,990.00 |
| 01/13/16 | 9 | SHERYL WISS | Sale of Vehicle | 1129-000 | 775.00 | | 2,765.00 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,755.00 |
| 02/16/16 | 300001 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Bond #10BSBGR6291 | 2300-000 | | 1.42 | 2,753.58 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,743.58 |
| 03/30/16 | 9 | SHERYL WISS | Sale of car | 1129-000 | 1,530.00 | | 4,273.58 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,263.58 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,253.58 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,243.58 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,233.58 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,223.58 |
| 08/16/16 | 9 | SHERYL WISS | Sale of Vehicle | 1129-000 | 4,000.00 | | 8,223.58 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,213.58 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.82 | 8,201.76 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.19 | 8,189.57 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.78 | 8,177.79 |
| 12/08/16 | 9 | SHERYL WISS<br>1260 NOBLE DRIVE<br>PT BARRINGTON, IL 60010 | | 1129-000 | 3,559.00 | | 11,736.79 |
| 12/08/16 | 9 | SHERYL WISS<br>1260 NOBLE DRIVE<br>PT BARRINGTON, IL 60010 | | 1129-000 | 136.00 | | 11,872.79 |

Page Subtotals         12,000.00        127.21

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-17714 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | WISS, SHERYL L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6348 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3225 | | |
| For Period Ending: | 12/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,000.00 | 127.21 | 11,872.79 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 12,000.00 | 127.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,000.00 | 127.21 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account (Non-Interest Earn - *******6348 | | 12,000.00 | 127.21 | 11,872.79 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 12,000.00 | 127.21 | 11,872.79 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 15, 2016 |

Case Number: 14-17714  
Debtor Name: WISS, SHERYL L

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 001 2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $1,960.67 | $0.00 | $1,960.67 |
| ADMIN 2 001 3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $2,652.84 | $0.00 | $2,652.84 |
| BOND 999 2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $1.42 | $1.42 | $0.00 |
| 000001 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $11,528.52 | $0.00 | $11,528.52 |
| 000002 070 7100-00 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $249.74 | $0.00 | $249.74 |
| 000003 070 7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $9,719.04 | $0.00 | $9,719.04 |
| 000004 070 7100-00 | Capital One, N.A.<br>Attorneys Agent for Creditor<br>Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $941.15 | $0.00 | $941.15 |
| 000005 070 7100-00 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Unsecured | | $7,664.33 | $0.00 | $7,664.33 |
| 000006 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $243.51 | $0.00 | $243.51 |
| 000007 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,712.95 | $0.00 | $1,712.95 |
| 000008 070 7100-00 | Portfolio Recovery Associates, LLC<br>Successor to US BANK NATIONAL<br>ASSOCIATION ND (US BANK)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $6,897.14 | $0.00 | $6,897.14 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 15, 2016 |

Case Number:  14-17714  
Debtor Name:  WISS, SHERYL L

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | Portfolio Recovery Associates, LLC Successor to US BANK NATIONAL ASSOCIATION ND (US BANK) POB 41067 Norfolk, VA 23541 | Unsecured | | $4,324.83 | $0.00 | $4,324.83 |
| | Case Totals: | | | $47,896.14 | $1.42 | $47,894.72 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-17714  
Case Name: WISS, SHERYL L  
Trustee Name: JOSEPH E. COHEN

      Balance on hand        $     11,872.79

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,950.00 | $ 0.00 | $ 1,950.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 10.67 | $ 0.00 | $ 10.67 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 2,595.00 | $ 0.00 | $ 2,595.00 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 57.84 | $ 0.00 | $ 57.84 |
| Other: ADAMS-LEVINE | $ 1.42 | $ 1.42 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses      $    4,613.51  
    Remaining Balance      $    7,259.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,281.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 11,528.52 | $ 0.00 | $ 1,933.60 |
| 000002 | Quantum3 Group LLC as agent for | $ 249.74 | $ 0.00 | $ 41.89 |
| 000003 | Capital One Bank (USA), N.A. | $ 9,719.04 | $ 0.00 | $ 1,630.11 |
| 000004 | Capital One, N.A. | $ 941.15 | $ 0.00 | $ 157.85 |
| 000005 | WORLD'S FOREMOST BANK | $ 7,664.33 | $ 0.00 | $ 1,285.49 |
| 000006 | Capital Recovery V, LLC | $ 243.51 | $ 0.00 | $ 40.84 |
| 000007 | Capital Recovery V, LLC | $ 1,712.95 | $ 0.00 | $ 287.31 |
| 000008 | Portfolio Recovery Associates, LLC | $ 6,897.14 | $ 0.00 | $ 1,156.81 |
| 000009 | Portfolio Recovery Associates, LLC | $ 4,324.83 | $ 0.00 | $ 725.38 |

Total to be paid to timely general unsecured creditors           $           7,259.28

Remaining Balance                                                $               0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE