IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Sheryl Wiss** | ) | No. 14 B 17714 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:     See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on January 4, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                        BY:/s/ Joseph E. Cohen
                                                        One of His Attorney

Service List:

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH   43054-3025

Quantum3 Group LLC as agent for
MOMA Funding LLC
P.O. Box 788
Kirkland, WA   98083-0788

Capital One Bank USA, NA
P.O. Box 71083
Charlotte, NC   28272-1083

Capital One, NA
Attorneys Agent for Creditor
Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

World's Foremost Bank
Cabela's Club Visa
P.O. Box 82609
Lincoln, NE   68501-2609

Capital Recovery V, LLC
c/o Recovery Mgmt Systems Corp
25 SE 2nd Avenue, Ste 1120
Miami, Fl   33131-1605

Portfolio Recovery Associates, LLC
Successor to US Bank Nat'l Association ND
US Bank
P.O. Box 41067
Norfolk, VA   23541

David Stretch
stretchlaw@gmail.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov