UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WISS, SHERYL L | § | Case No. 14-17714 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the
Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 138,358.50                    Assets Exempt: 12,500.00
(Without deducting any secured claims)


Total Distributions to Claimants:  7,259.28        Claims Discharged
                                                   Without Payment:  61,696.93


Total Expenses of Administration:  4,740.72

3) Total gross receipts of $ 12,000.00  (see **Exhibit 1**), minus funds paid to the debtor and
third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 12,000.00  from the liquidation of
the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 273,331.71 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,740.72 | 4,740.72 | 4,740.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 69,654.00 | 43,281.21 | 43,281.21 | 7,259.28 |
| **TOTAL DISBURSEMENTS** | $ 342,985.71 | $ 48,021.93 | $ 48,021.93 | $ 12,000.00 |

4) This case was originally filed under chapter 7 on 05/09/2014 . The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/07/2017          By:/s/JOSEPH E. COHEN
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vehicles | 1129-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | New York Comm. Bank Mortgage Co. 5024 Parkway Plaza Boulevard Charlotte, NC 28217 | | 226,119.00 | NA | NA | 0.00 |
| | PNC Bank, N.A. PO Box 3180 Pittsburgh, PA 15230 | | 45,822.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TitleMax of Illinois 1102 E. Dundee Road Palatine, IL 60074 | | 1,390.71 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 273,331.71** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 1,950.00 | 1,950.00 | 1,950.00 |
| COHEN, JOSEPH E. | 2200-000 | NA | 10.67 | 10.67 | 10.67 |
| ADAMS-LEVINE | 2300-000 | NA | 1.42 | 1.42 | 1.42 |
| ASSOCIATED BANK | 2600-000 | NA | 125.79 | 125.79 | 125.79 |
| COHEN & KROL | 3110-000 | NA | 1,730.01 | 1,730.01 | 1,730.01 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 864.99 | 864.99 | 864.99 |
| COHEN & KROL | 3120-000 | NA | 57.84 | 57.84 | 57.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 4,740.72** | **$ 4,740.72** | **$ 4,740.72** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 3001 16 General Warren Boulevard Malvern, PA 19355 | | 4,929.00 | NA | NA | 0.00 |
| | Capital One Bankruptcy Claims Servicer PO Box 30285 Salt Lake City, UT 84130-0285 | | 823.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bankruptcy Claims Servicer PO Box 30285 Salt Lake City, UT 84130-0285 | | 481.00 | NA | NA | 0.00 |
| | Chase 201 N. Walnut Street De1-1027 Wilmington, DE 19801 | | 4,909.00 | NA | NA | 0.00 |
| | Chase 201 N. Walnut Street De1-1027 Wilmington, DE 19801 | | 4,295.00 | NA | NA | 0.00 |
| | Chase Manhattan Bank Attention: Bankruptcy PO Box 15298 Wilmington, DE 19850 | | 1,673.00 | NA | NA | 0.00 |
| | DSNB Macys PO Box 8218 Mason, OH 45040 | | 2.00 | NA | NA | 0.00 |
| | Discover Financial Services LLC PO Box 15316 Wilmington, DE 19850 | | 2,043.00 | NA | NA | 0.00 |
| | Sears / CBNA PO Box 6283 Sioux Falls, SD 57117 | | 3,365.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UNVL / Citi Attn.: Centralized Bankruptcy PO Box 20507 Kansas City, MO 64195 | | 3,155.00 | NA | NA | 0.00 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 9,719.00 | 9,719.04 | 9,719.04 | 1,630.11 |
| 000004 | CAPITAL ONE, N.A. | 7100-000 | 852.00 | 941.15 | 941.15 | 157.85 |
| 000006 | CAPITAL RECOVERY V, LLC | 7100-000 | 243.00 | 243.51 | 243.51 | 40.84 |
| 000007 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,640.00 | 1,712.95 | 1,712.95 | 287.31 |
| 000001 | DISCOVER BANK | 7100-000 | 11,650.00 | 11,528.52 | 11,528.52 | 1,933.60 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 7,476.00 | 6,897.14 | 6,897.14 | 1,156.81 |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 4,555.00 | 4,324.83 | 4,324.83 | 725.38 |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 215.00 | 249.74 | 249.74 | 41.89 |
| 000005 | WORLD'S FOREMOST BANK | 7100-000 | 7,629.00 | 7,664.33 | 7,664.33 | 1,285.49 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 69,654.00 | $ 43,281.21 | $ 43,281.21 | $ 7,259.28 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

| Case No: | 14-17714   ABG   Judge: A. BENJAMIN GOLDGAR |
|---|---|
| Case Name: | WISS, SHERYL L |

For Period Ending:  03/07/17

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 05/09/14 (f) |
| 341(a) Meeting Date: | 06/06/14 |
| Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 1260 Noble Drive, Port Barrington IL 600 | 135,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 30.00 | 0.00 | | 0.00 | FA |
| Location: 1260 Noble Drive, Port Barrington IL 60010 | | | | | |
| 3. Financial Accounts | 4,500.00 | 0.00 | | 0.00 | FA |
| American Charter Bank Certificate of Deposit | | | | | |
| 4. Financial Accounts | 50.00 | 0.00 | | 0.00 | FA |
| American Charter Bank Checking account | | | | | |
| 5. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| Location: 1260 Noble Drive, Port Barrington IL 60010 | | | | | |
| 6. Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| Location: 1260 Noble Drive, Port Barrington IL 60010 | | | | | |
| 7. Furs and Jewelry | 800.00 | 0.00 | | 0.00 | FA |
| Wedding rings Location: 1260 Noble Drive, Port Barrington IL 60010 | | | | | |
| 8. Pension / Profit Sharing | 5,500.00 | 0.00 | | 0.00 | FA |
| American Chartered Bank IRA | | | | | |
| 9. Vehicles | 10,500.00 | 0.00 | | 12,000.00 | FA |
| 2003 Hummer H2, 110,000 miles, fair condition. Needs work. Location: 1260 Noble Drive, Port Barrington IL 60010 | | | | | |
| 10. Vehicles | 728.50 | 0.00 | | 0.00 | FA |
| 2003 VW Passat, 165,000 miles, fair condition. Location: 1260 Noble Drive, Port Barrington IL 60010 | | | | | |
| 11. Boats and Accessories | 750.00 | 0.00 | | 0.00 | FA |
| 17 foot, MasterCraft fishing boat, motor and trailer. Location: 1260 Noble Drive, Port Barrington IL 60010 | | | | | |
| 12. Animals | 0.00 | 0.00 | | 0.00 | FA |
| Housepet: 1 dog, no commercial value. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 14-17714   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | WISS, SHERYL L | | Date Filed (f) or Converted (c): | 05/09/14 (f) |
| | | | 341(a) Meeting Date: | 06/06/14 |
| | | | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                     $158,958.50                     $0.00                               $12,000.00                     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL HEARING SET FOR 2/3/17 - January 05, 2017.  TRUSTEE SUBMITTED TFR TO US TRUSTEE FOR REVIEW December 16, 2016,

09:54 am

TRUSTEE HA SOLD CAR BACK TO DEBTOR WHO IS MAKING INSTALLMENT PAYMENTS - 01/20/16. TRUSTEE HAS FILED MOTION TO SELL

VEHICLE TO DEBTOR - Oct. 31, 2015. NO CHANGE -  July 30, 2015. DEBTOR MAKING OFFER TO BUY BACK VEHICLE - April 30,

2015.INVESTIGATION CONTINUES - Jan. 18, 2015.  TRUSTEE HAS REQUESTED RECORDS FROM DEBTOR AND POSSIBLE EQUITY IN VEHICLE

- June 26, 2014.  TRUSTEE TO FILE MOTION FOR TURNOVER OF CAR - Oct. 25, 2014.


Initial Projected Date of Final Report (TFR): 05/30/16          Current Projected Date of Final Report (TFR): 05/30/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   1

Exhibit 9

| Case No: | 14-17714  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WISS, SHERYL L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6348  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3225 | | |
| For Period Ending: | 03/07/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/15/15 | 9 | SHERYL WISS | Sale of Vehicle | 1129-000 | 2,000.00 | | 2,000.00 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,990.00 |
| 01/13/16 | 9 | SHERYL WISS | Sale of Vehicle | 1129-000 | 775.00 | | 2,765.00 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,755.00 |
| 02/16/16 | 300001 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Bond #10BSBGR6291 | 2300-000 | | 1.42 | 2,753.58 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,743.58 |
| 03/30/16 | 9 | SHERYL WISS | Sale of car | 1129-000 | 1,530.00 | | 4,273.58 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,263.58 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,253.58 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,243.58 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,233.58 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,223.58 |
| 08/16/16 | 9 | SHERYL WISS | Sale of Vehicle | 1129-000 | 4,000.00 | | 8,223.58 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,213.58 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.82 | 8,201.76 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.19 | 8,189.57 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.78 | 8,177.79 |
| 12/08/16 | 9 | SHERYL WISS<br>1260 NOBLE DRIVE<br>PT BARRINGTON, IL 60010 | | 1129-000 | 3,559.00 | | 11,736.79 |
| 12/08/16 | 9 | SHERYL WISS<br>1260 NOBLE DRIVE<br>PT BARRINGTON, IL 60010 | | 1129-000 | 136.00 | | 11,872.79 |
| 02/03/17 | 300002 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100 | Claim ADMIN, Payment 100.00000% | | | 1,960.67 | 9,912.12 |

Page Subtotals      12,000.00      2,087.88

Ver: 19.07

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-17714  -ABG | |
| Case Name: | WISS, SHERYL L | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6348  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******3225 |
| For Period Ending: | 03/07/17 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60602 | | | | | |
| | | | Fees           1,950.00 | 2100-000 | | | |
| | | | Expenses         10.67 | 2200-000 | | | |
| 02/03/17 | 300003 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Claim ADMIN 2, Payment 100.00000% | | | 1,787.85 | 8,124.27 |
| | | | Fees           1,730.01 | 3110-000 | | | |
| | | | Expenses         57.84 | 3120-000 | | | |
| 02/03/17 | 300004 | JOSEPH E. COHEN, Attorney<br>105 W Madison<br>Suite 1100<br>Chicago, IL  60602 | Claim ADMIN 3, Payment 100.00000% | 3110-000 | | 864.99 | 7,259.28 |
| 02/03/17 | 300005 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 16.77232% | 7100-000 | | 1,933.60 | 5,325.68 |
| 02/03/17 | 300006 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000002, Payment 16.77344%<br>(2-1) Unsecured Debt | 7100-000 | | 41.89 | 5,283.79 |
| 02/03/17 | 300007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 16.77234% | 7100-000 | | 1,630.11 | 3,653.68 |
| 02/03/17 | 300008 | Capital One, N.A.<br>Attorneys Agent for Creditor<br>Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 16.77203%<br>(4-1) CREDIT CARD DEBT | 7100-000 | | 157.85 | 3,495.83 |
| 02/03/17 | 300009 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA | Claim 000005, Payment 16.77237%<br>(5-1) 4234 | 7100-000 | | 1,285.49 | 2,210.34 |

Page Subtotals         0.00        7,701.78

Ver: 19.07

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 14-17714  -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WISS, SHERYL L | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6348  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3225 | | | |
| For Period Ending: | 03/07/17 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/03/17 | 300010 | PO BOX 82609<br>LINCOLN, NE 68501-2609<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 16.77139%<br>(6-1) GAP VISA CARD | 7100-000 | | 40.84 | 2,169.50 |
| 02/03/17 | 300011 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 16.77282%<br>(7-1) TJX REWARDS MASTERCARD | 7100-000 | | 287.31 | 1,882.19 |
| 02/03/17 | 300012 | Portfolio Recovery Associates, LLC<br>Successor to US BANK NATIONAL<br>ASSOCIATION ND (US BANK)<br>POB 41067<br>Norfolk, VA 23541 | Claim 000008, Payment 16.77231% | 7100-000 | | 1,156.81 | 725.38 |
| 02/03/17 | 300013 | Portfolio Recovery Associates, LLC<br>Successor to US BANK NATIONAL<br>ASSOCIATION ND (US BANK)<br>POB 41067<br>Norfolk, VA 23541 | Claim 000009, Payment 16.77245% | 7100-000 | | 725.38 | 0.00 |

| | | | Page Subtotals | | 0.00 | 2,210.34 | |

Ver: 19.07

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   4

Exhibit 9

| Case No: | 14-17714  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WISS, SHERYL L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6348  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3225 | | |
| For Period Ending: | 03/07/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 12,000.00 | 12,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 12,000.00 | 12,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12,000.00 | 12,000.00 | |

|  |  |  |  |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******6348 | 12,000.00 | 12,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 12,000.00 | 12,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00              0.00

Ver: 19.07